# EXHIBIT A

70.162.31.215