**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| GUAVA, L.L.C.,<br><br>Plaintiff,<br>v.<br><br>JOHN DOE,<br><br>Defendant. | **CASE NO.: 2:12-CV-02158-PHX-SRB**<br><br><br>**ORDER** |

The Court has reviewed the Complaint with attached Exhibits, Plaintiff's *Ex Parte* Motion for Leave to Take Expedited Discovery, and all the papers filed in connection with the Motion, and relevant case law.  Accordingly, it is hereby

ORDERED that Plaintiff's *Ex Parte* Motion for Leave to Take Expedited Discovery is GRANTED;

IT IS FURTHER ORDERED that Plaintiff may immediately serve a Rule 45 subpoena on Cox Communications to identify John Doe associated with the Internet Protocol ("IP") address 70.162.31.215.

IT IS FURTHER ORDERED any information disclosed to the Plaintiff in response to the Rule 45 subpoena may be used by the Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in its Complaint;

IT IS FURTHER ORDERED that Plaintiff and Cox Communications shall confer, if necessary, with respect to the issue of payment for the information requested in the subpoena.

IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order along with any subpoena issued pursuant to this Order;

IT IS FURTHER ORDERED that if the entity subpoenaed pursuant to this Order wishes to move to quash the subpoena, it must do so before the return date of the subpoena, which shall be 30 days from the date of service; and

IT IS FURTHER ORDERED that the subpoenaed entity shall preserve any subpoenaed information pending the resolution of any timely-filed motion to quash.

Dated this 22nd day of October, 2012.

_____
Susan R. Bolton
United States District Judge