Paul D. Ticen (AZ Bar # 024788)
**Kelley / Warner, P.L.L.C.**
404 S. Mill Ave, Suite C-201
Tempe, Arizona 85281
Tel: 480-331-9397
Fax: 1-866-961-4984
Email: paul@kellywarnerlaw.com

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GUAVA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | Case No.: 2:12-cv-02158-PHX –SRB <br><br> **NOTICE OF APPEARANCE OF PAUL D. TICEN** |

    Paul D. Ticen with the firm of Kelly / Warner, PLLC, hereby provides notice that he is entering an appearance in the above-captioned matter on behalf of Defendant, and respectfully requests that he be served with all pleadings, motions, notices, orders and all other documents filed and/or entered in connection with this matter.

    RESPECTFULLY submitted this 27th day of September, 2012.

                        **KELLY / WARNER, PLLC**

                  By   /s/ Paul D. Ticen
                        Paul D. Ticen
                        404 S. Mill Ave, Suite C-201
                        Tempe, Arizona 85281
                        Attorney for Defendant

**Kelly / Warner, PLLC**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 991-9077

1

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 991-9077

# CERTIFICATE OF FILING AND SERVICE

Pursuant to the Case Management/Electronic Case Filing Administrative Policies and Procedures Manual ("CM/ECF Manual") of the United States District Court for the District of Arizona, I hereby certify that on December 27, 2012, I electronically filed:

**NOTICE OF APPEARANCE OF PAUL D. TICEN**

with the U.S. District Court clerk's office using the ECF system, which will send notification of such filing to the assigned Judge and to the following counsel of record:

> Steven James Goodhue
> Law Offices of Steven James Goodhue
> 9375 East Shea Blvd., Suite 100
> Scottsdale, Arizona 85260
> E-Mail: sjg@sjgoodlaw.com
> Attorney for Plaintiff

**KELLY / WARNER, PLLC**

By  /s/ Paul D. Ticen
Paul D. Ticen
404 S. Mill Ave, Suite C-201
Tempe, Arizona 85281
Attorney for Defendant