IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guava LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>Unknown Party,<br><br>  Defendant. | No. CV-12-02158-PHX-SRB<br><br>**ORDER** |

IT IS ORDERED pursuant to Rule 4(m), Fed. R. Civ. P., that this action shall be dismissed without further notice after February 6, 2013, unless before then Plaintiff has served defendant with the summons and complaint and has filed with the Clerk of the Court proof thereof pursuant to Rule 4(*l*) or has shown good cause for the failure to timely serve.

DATED this 10th day of January, 2013.

_____
Susan R. Bolton
United States District Judge